

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70131710000238279254

Remove ✕

Your item was delivered to an individual at the address at 11:26 am on September 30, 2019 in YPSILANTI, MI 48198.

## ✓ Delivered

September 30, 2019 at 11:26 am
Delivered, Left with Individual
YPSILANTI, MI 48198

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70131710000238279230

Remove ✕

Your item has been delivered to an agent at 12:42 pm on October 2, 2019 in DETROIT, MI 48226.

## ✓ Delivered

October 2, 2019 at 12:42 pm
Delivered, To Agent
DETROIT, MI 48226

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.