AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-11768

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Ronald "Jason" Chambers</u> was received by me on *(date)* <u>Oct 18, 2019, 12:18 pm.</u>

- [X] I personally served the summons on the individual at *(place)* ▮▮▮▮▮, Ypsilanti, MI 48198 on *(date)* <u>Mon, Oct 21 2019</u> ; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

- [ ] I returned the summons unexecuted because: _____ ; or

- [ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/21/19

*Server's signature*

Miguel Bruce

*Printed name and title*

▮▮▮▮▮, Belleville, MI 48111

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Oct 20, 2019, 8:22 am EDT at Home: ▮▮▮▮▮, Ypsilanti, MI 48198
I Knocked on the front door of the above address. I receive no response. I left a business card with our contact information and number. Ford Explorer parked in the driveway.

2) Successful Attempt: Oct 21, 2019, 10:37 am EDT at Home: ▮▮▮▮▮, Ypsilanti, MI 48198 received by Ronald "Jason" Chambers. Age: 42; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'7"; Hair: Bald;
Mr. Chambers told me he was not the person that is being sought. He stated he has contacted the party involved in this suit and spoke to someone and informed them he is the wrong person. I informed him I will still have to serve this on him. I first verified he was Ronald Chambers, by looking at his drivers license.

Documents Served: Summons in a Civil Action; Plaintiff's Original Complaint; Civil Cover Sheet; Order to Show Cause; Plaintiff's Statement In Response to Order to Show Cause; Exhibits; Order Vacating Order to Show Cause

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Michigan

**Khalid M. Turaani**

    Plaintiff(s),

VS.

**Christopher A. Wray, et al**

    Defendant(s).

Attorney: Christina A. Jump

Constitutional Law Center for Muslims in America
833 E. Arapaho Road, Suite 102
Richardson TX 75081



*247611*

**Case Number: 19-cv-11768**

Legal documents received by Same Day Process Service, Inc. on **10/18/2019** at **1:15 PM** to be served upon **Jason R. Chambers, by serving William Barr, Attorney General of the United States**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Maximiliano Torres**, swear and affirm that on **October 18, 2019** at **3:16 PM**, I did the following:

Served **Jason R. Chambers, by serving William Barr, Attorney General of the United States**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Order to Show Cause; Plaintiff's Statement in Response to Order to Show Cause; Order Vacating Order to Show Cause; Plaintiff's Original Complaint; Exhibits** to **Gabrielle Henderson** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 38 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Maximiliano Torres**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:247611



District of Columbia: SS
Subscribed and Sworn to before me
this 21 day of October 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024



10/3/2019 USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70131710000238279230

Remove ✕

Your item has been delivered to an agent at 12:42 pm on October 2, 2019 in DETROIT, MI 48226.

## ⊘ Delivered

October 2, 2019 at 12:42 pm
Delivered, To Agent
DETROIT, MI 48226

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.